

FILED & JUDGMENT ENTERED
Steven T. Salata

Jan 29 2015

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**

IN RE:

    Augustin Vizcarrondo                                Chapter 13
                                                           CASE NO:    14-31193

    SSN#: XXX-XX-4827                               Related Court Docket Number: 12

**ORDER**

ON 01/28/2015,  AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

DAVID W HANDS Present

    **AND, THIS COURT FINDS** that:

Plan payments are in substantial default.

Debtor can resume payments February 2015.

    **IT IS, THEREFORE, ORDERED** that:

Plan payments are to resume at/to be changed to **$855.00** per month.

Case subject to dismissal without further notice upon payment default for   **February 2015.**

Plan composition percentage is set at **1%**.

Attorney for debtor allowed presumptive, non-base fee of **$200.00**.

Motion to Dismiss is denied.

This Order has been signed electronically,
pursuant to administrative order of the Court.
Effective as of date of entry.

Laura T. Beyer
_____
UNITED STATES BANKRUPTCY COURT JUDGE